UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ARISTOCRAT TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) ) | 2:09-CV-00348-PMP-LRL |
| v. | ) ) | |
| LEANDRUS YOUNG and ARTURO ROJAS CARDONA, | ) ) ) | ORDER |
| Defendants. | ) ) ) | |

On July 1, 2010, the Court ordered the parties to show cause why the Court should not unseal the parties' filings in relation to Defendant Young's Motion for Summary Judgment. (Order (Doc. #58).) To date, the parties have failed to file a response.

IT IS THEREFORE ORDERED that the Clerk of Court shall unseal Defendant Young's Motion for Summary Judgment (Doc. #47), Exhibits to Defendant Young's Motion for Summary Judgment (Doc. #48), Plaintiff Aristocrat Technologies, Inc.'s Response (Doc. #53), and Defendant Young's Reply (Doc. #55).

DATED: July 23, 2010.

_____
PHILIP M. PRO
United States District Judge

1