UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ARISTOCRAT TECHNOLOGIES, INC., a Nevada Corporation, | ) ) ) | 2:09-CV-00348-PMP-LRL |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| LEANDRUS YOUNG, a resident and citizen of Louisiana; and ARTURO ROJAS CARDONA, an individual and citizen of Mexico, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

This case is currently set for a Bench Trial on October 18, 2011. Currently before the Court are the following three Motions in Limine filed May 12, 2011 on behalf of Plaintiff:

    PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM OFFERING OR REFERRING TO ANY MATERIAL MODIFICATION DEFENSES. (Doc. #74)

    PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM OFFERING OR REFERRING TO ANY MISTAKE DEFENSES. (Doc. #75)

    PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM OFFERING OR REFERRING TO ANY REVOCATION DEFENSES. (Doc. #76)

///

///

The Court concludes that the arguments raised by Plaintiff are better suited for resolution at the time of the Bench Trial when the Court can consider each argument in the context of the evidence presented or offered, and the arguments of counsel.

**IT IS THEREFORE ORDERED that** Plaintiff's Motion in Limine to Preclude Defendant from Offering or Referring to any Material Modification Defenses (Doc. #74), Plaintiff's Motion in Limine to Preclude Defendant from Offering or Referring to any Mistake Defenses (Doc. #75) and Plaintiff's Motion in Limine to Preclude Defendant from Offering or Referring to any Revocation Defenses (Doc. #76) are DENIED without prejudice to reassert each Motion at the time of Trial.

DATED:  June 16, 2011.

_____
PHILIP M. PRO
United States District Judge