UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ARISTOCRAT TECHNOLOGIES, INC., | ) ) ) | 2:09-CV-00348-PMP-VCF |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| LEANDRUS YOUNG, | ) ) | |
| Defendant. | ) ) | |

The Court having this date entered its Findings of Fact and Conclusions of Law in favor of Plaintiff Aristocrat Technologies, Inc. and against Defendant Leandrus Young, on Aristocrat's claims of breach of contract and breach of the covenant of good faith and fair dealing, and good cause appearing,

**IT IS THEREFORE ORDERED** that judgment is hereby entered in favor of Plaintiff Aristocrat Technologies, Inc. and against Defendant Leandrus Young in the sum of $2,803,616.65, plus reasonable attorneys' fees and costs.

DATED this 17th day of October, 2012.

PHILIP M. PRO
United States District Judge