UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ARISTOCRAT TECHNOLOGIES, INC., | ) | 2:09-CV-00348-PMP-VCF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **AMENDED JUDGMENT** |
| LEANDRUS YOUNG, | ) | |
| Defendant. | ) | |

The Court having this date entered its Findings of Fact and Conclusions of Law in favor of Plaintiff Aristocrat Technologies, Inc. and against Defendant Leandrus Young, on Aristocrat's claims of breach of contract and breach of the covenant of good faith and fair dealing, and good cause appearing,

**IT IS THEREFORE ORDERED** that judgment is hereby entered in favor of Plaintiff Aristocrat Technologies, Inc. and against Defendant Leandrus Young in the sum of $1,243,666.65, plus reasonable attorney's fees and costs and post-judgment interest at the rate of 18% per annum after October 17, 2012.

DATED this 3rd day of January, 2013.

_____
PHILIP M. PRO
United States District Judge