UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ARISTOCRAT TECHNOLOGIES, INC., | ) | 2:09-CV-00348-PMP-VCF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| LEANDRUS YOUNG, | ) | |
| Defendant. | ) | |

      Before the Court for consideration is Plaintiff Aristocrat Technologies, Inc.'s Motion for Attorneys' Fees and Costs (Doc. #122).  By this motion, Plaintiff contends it is entitled to recover attorneys' fees in the amount of $587,203.25 and related costs in the amount of $39,897.27 pursuant to Rule 54 of the Federal Rules of Civil Procedure.

      Defendant opposes Plaintiff's Motion for Attorneys' Fees and Costs (Doc. #125), first maintaining consideration of Plaintiff's motion should be deferred pending ruling on other post-trial motions, next arguing that Plaintiff is attempting to assess Defendant Young for attorneys' fees properly attributable to work related solely to Plaintiff's case against Co-Defendant Cardona on the Second Agreement dated November 12, 2007, and finally that the 0067 billing statement tendered by Plaintiff contains "inexplicable and/or duplicative fees."  Defendant does not otherwise challenge the amount of attorneys' fees or costs sought by Plaintiff.

In its Reply Memorandum (Doc. #129) Plaintiff clarifies that its original Motion (Doc. #122) seeks recovery for the total amount of attorneys' fees billed to Aristocrat to date in the amount of $587,203.25, but that the actual amount of attorneys fees paid by Plaintiff is $493,937.95.

Having read and considered the foregoing, the Court finds there is no need to defer consideration of Plaintiff's Motion for Attorneys' Fees and Costs because the Court has already ruled on other post-trial motions. The five Guarantees signed by Defendant Young are valid and enforceable and clearly provide for the payment of attorneys' fees and costs under the circumstances presented. Additionally, Plaintiff has clarified it is not seeking any fees attributable to claims against Co-Defendant Cardona arising from the Second Agreement. As noted in Plaintiff's Reply Memorandum, Defendant Young does not contest the rates billed by Aristocrat's attorneys or paralegals, nor does it challenge the costs submitted. Considering all of the arguments presented the Court finds that the attorneys' fees requested by Plaintiff are reasonable provided that they are limited to the sum of $493,937.95 actually paid, and also that the costs requested are reasonable.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Attorneys' Fees and Costs (Doc. #122) is **GRANTED** and that Defendant shall pay to Plaintiff within thirty (30) days of the date of this order the sum of $493, 937.95 in attorneys fees and $39,897.27 as and for costs incurred by Plaintiff in this case.

DATED this 3rd day of January, 2013.

_____
PHILIP M. PRO
United States District Judge