# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Aristocrat Technologies, Inc.

               Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Leandrus Young

Case Number: 2:09-cv-00348-PMP -VCF

               Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of plaintiff, Aristocrat Technologies, Inc., and against defendant, Leandrus Young, in the amount of $493,937.95 in attorneys fees and $39,897.27 as and for costs incurred by plaintiff.

| January 7, 2013 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Molly Morrison |
| | (By) Deputy Clerk |